THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* JACOB COHEN, Appellant.

(Argued October 9, 1918; decided October 29, 1918.)

APPEAL from a judgment of the Kings County Court rendered March 18, 1918, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frank X. McCaffry* for appellant.

*Harry E. Lewis, District Attorney (Harry G. Anderson* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.